**Order entered June 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00498-CR

**BRADRICK JERMAINE COLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA1718552-F**

## ORDER

Before the Court is appellant's "Emergency Motion Requesting Removal of Interlock Device Pending Appeal." This motion was filed on April 24, 2019.

Previously, on May 29, 2018, appellant filed a similar motion with this Court which we dismissed for want of jurisdiction on May 31, 2018. We reiterated that dismissal in an order dated June 28, 2018. After careful review of appellant's current motion, we find nothing which compels this Court to reach a different result.

Appellant's motion is **DISMISSED** for want of jurisdiction.

/s/      DAVID J. SCHENCK
JUSTICE